Fill in this information to identify the case:

Debtor 1         Steven M Gilbert

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern     District of IL
                                                                (State)

Case number    14-26046

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: US Bank Trust National Association, et al

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account:  2  1  8  4

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | see attached | (3) | $ 725 |
| 4. Filing fees and court costs | see attached | (4) | $ 181 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify: Attorney fees in conjuction with filing the PPFN | 11-19-2018 | (11) | $ 150.00 |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven M Gilbert** | Case number (if known) | **14-26046** |
| | First Name    Middle Name    Last Name | | |

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ Mike Egan**
Signature

Date **11 / 19 / 2018**

Print: **Mike   J.   Egan**
     First Name   Middle Name   Last Name

Title: **Bankruptcy Asset Manager**

Company: **SN Servicing Corporation**

Address: **323 5th Street**
Number   Street
**Eureka**                    **CA**   **95501**
City                          State    ZIP Code

Contact phone: **800 603 0836**

Email: **bknotices@snsc.com**

# Law Office of Terri M. Long
2056 Ridge Road
Homewood, IL 60430
Tel: (708) 922-3301 Fax: (708) 922-3302
Email: tmlong@tmlong.com

SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

*For professional services rendered:*                                                     10/9/2018

In re
Steven M. Gilbert
Case No. 14-26046
Account No.

Motion to Modify the Automatic Stay (including one court appearance)         500.00
Court Costs Advanced                                                         181.00
Additional Appearance on August 23, 2018   (Hourly Rate @ $225.00)           225.00



                                                        **Total**        $906.00

Invoice No.    35628

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2018, I electronically filed the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Anthony J. Kudron, Attorney for Debtor
Tom Vaughn, Chapter 13 Trustee

And I certify that I have mailed by United States Postal Service the Notice of Notice of Postpetition Mortgage Fees, Expenses, and Charges to the following non-ECF participants on the same date:

Steven M. Gilbert
3427 Madison Street
Bellwood, IL 60104
Debtor.