# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 14 B 26046 |
| Steven M Gilbert, ) | HON. Donald R. Cassling |
| ) | CHAPTER 13 |
| DEBTOR ) | |

## NOTICE OF MOTION

To:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, STE 3850, Chicago, IL 60603;

Lesley D Lueke, Aldridge Pite, LLP, 4375 Jutland Dr., Suite 200, P.O. Box 17933 San Diego, CA 92117, representing Wells Fargo Bank, N.A.;

Damon G Newman, Quintairos, Prieto, Wood & Boyer, P.A., 233 South Wacker Dr., 70th Floor, Chicago, IL 60606, representing 21st Mortgage Corporation;

21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901;

Terri M Long, Law Office of Terri M. Long, 2056 Ridge Road, Homewood, IL 60430, representing U.S. Bank Trust National Association;

Terri M Long, Law Office of Terri M. Long, 2056 Ridge Road, Homewood, IL 60430, representing SN Servicing Corporation;

See attached Service List.

Please take notice that on October 31, 2019, at 9:30 a.m., I shall appear before the Honorable Donald R. Cassling in Courtroom 619 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

## **PROOF OF SERVICE**

      The undersigned, an attorney, certifies that he sent this notice and the attached motion on October 7, 2019, to:

      The Chapter 13 Trustee listed above via electronic notice; and

To the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

                                                   /s/ *Anthony Kudron*
                                                   Attorney for Debtor

                                                   The Semrad Law Firm, LLC
                                                 20 South Clark Street, 28th Floor
                                                 Chicago, IL 60603
                                                 (312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 14-26046<br>Northern District of Illinois<br>Eastern Division<br>Thu Aug  8 14:40:42 CDT 2019 | (p)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | ClearSpring Loan Services, Inc<br>18451 North Dallas Parkway Suite 100<br>Dallas,, TX 75287-5209 |
| WELLS FARGO BANK, N.A.<br>c/o Codilis & Associates, P.C.<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Aurora Bank Fsb<br>10350 Park Meadows Dr St<br>Littleton, CO 80124-6800 |
| Bsi Financial Services<br>314 S Franklin St<br>Titusville, PA 16354-2168 | Cap One<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 | Cap One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| Cap One<br>Po Box 85064<br>Glen Allen, VA 23058 | Cavalry Portfolio Se<br>500 Summit Lake Drive<br>Valhalla, NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| City of CHicago Department of Water<br>333 South State Street<br>Suite 1110<br>Chicago, IL 60604-3957 | City of Chicago Department of Finance<br>Bureau of Water Billing and<br>  Customer Service<br>333 South State Street - Suite 330<br>Chicago, Illinois - IL 60604-3965 | Codilis & Associates<br>115W030 N. Frontage Road<br>Ste. 100<br>Willowbrook, IL 60527 |
| ComEd<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oakbrook Terrace, IL 60181-4204 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, IL 60181-4204 | Cook County Treasurer<br>118 N. Clark, Room 112<br>Chicago, IL 60602-1590 |
| Cook County Treasurer<br>PO Box 4488<br>Carol Stream, IL 60197-4488 | Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | FCI<br>3703 W Lake Ave<br>Glenview, IL 60026-1266 |
| Green Tree<br>800 Landmark Towers<br>Saint Paul, MN 55102 | Illinois Title Loans<br>2217 S. Cicero Ave.<br>Cicero, IL 60804-2410 | Illinois Title Loans, Inc.<br>c/o The Salkin Law Firm, P.A.<br>8211 West Broward Boulevard<br>Suite 375<br>Plantation, FL 33324-2741 |
| LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Nicor Gas<br>P.O. Box 549<br>Aurora, IL 60507-0549 | Ocwen Loan Servicing L<br>3451 Hammond Ave<br>Waterloo, IA 50702-5345 |
| PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601-6433 | People's Gas<br>130 E. Randolph Drive<br>Chicago, IL 60601-6207 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Village of Maywood Water Dept<br>40 Madison St.<br>Maywood, IL 60153-2323 | WELLS FARGO BANK, N.A.<br>Attention: Bankruptcy Department MAC ï¿½<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 |
| Wells Fargo Bank, N.A.<br>c/o Lesley D. Lueke<br>ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Wfhm<br>7255 Baymeadows Wa Po Box 10335<br>Des Moines, IA 50306-0335 | Anthony J Kudron<br>The Semrad Law Firm, LLC<br>20 S. Clark St., Suite 2800<br>Chicago, IL 60603-1811 |
| Elizabeth Placek<br>The Semrad Law Firm, LLC<br>20 S. Clark<br>28th Floor<br>Chicago, IL 60603-1811 | Kristen C Wasieleski<br>Blitt and Gaines, PC<br>661 Glenn Avenue<br>Wheeling, IL 60090-6017 | Michael A Miller<br>The Semrad Law Firm, LLC<br>20 S. Clark, 28th Floor<br>Chicago, IL 60603-1811 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Steven M Gilbert<br>3427 Madison Street<br>Bellwood, IL 60104-2117 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 21st Mortgage Corporation<br>PO Box 477<br>Knoxville, TN 37901 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE<br>BANK (USA), N.A (ORCHARD BANK)<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, NA<br>PO Box 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)SN Servicing Corporation | (u)U.S. Bank Trust National Association | (d)ClearSpring Loan Services, Inc<br>18451 North Dallas Parkway<br>Suite 100<br>Dallas, TX 75287-5209 |

End of Label Matrix
Mailable recipients    41
Bypassed recipients     3
Total                  44

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 14 B 26046 |
| Steven M Gilbert, ) | HON. Donald R. Cassling |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**MOTION TO MODIFY PLAN**

NOW COMES the Debtor, Steven M Gilbert, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and hereby moves this Honorable Court to allow the Debtor to modify the Chapter 13 Plan; Debtor states the following:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157.  This is a core proceeding pursuant to 28 U.S.C. §157.

2. On July 15, 2014, Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

3. On December 18, 2014, this Honorable Court entered an Order confirming Debtor's Chapter 13 Plan of reorganization.

4. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority are to be paid 10.00% of their allowed claims.

5. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $2,100.00 per month for 60 months.

6. On December 31, 2015, this Honorable Court entered an Order modifying Debtor's confirmed Chapter 13 Plan and increased plan payments to $2,185.00 per month for the remainder of the plan.

7. Debtor wishes to reduce the percentage paid to general unsecured creditors to the percentage and amounts that have been paid already.

8. Debtor wishes to reduce the plan base amount to the amount that has been paid already in the instant case.

9. Debtor respectfully requests this Honorable Court modify the confirmed Chapter 13 Plan pursuant to Section 1329(A) of the United States Bankruptcy Code to decrease the percentage paid to general unsecured creditors to the percentage that has been paid already and the plan base amount to the amount that has been paid already.

10. Debtor has filed the instant case in good faith and is in a position to proceed.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That the percentage paid to general unsecured creditors is reduced to the percentage that has already been paid and the plan base amount is decreased to the amount that has been paid already; and

B. For such other relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ *Anthony Kudron*
Attorney for the Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603