**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

**IN RE:**

Steven M Gilbert

Case No.: 14-26046
Chapter: 13
Hearing Date: 10/31/19

Debtor(s) | Judge Donald R. Cassling

**NOTICE OF MOTION**

TO: Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Steven M Gilbert, Debtor(s), 3427 Madison Street, Bellwood, IL 60104
Anthony J. Kudron, Attorney for Debtor(s), 20 S. Clark St., Suite 2800, Chicago, IL 60603 by electronic notice through ECF

PLEASE TAKE NOTICE that on 10/31/19, at 9:30AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Donald R. Cassling, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, room 619, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

**PROOF OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on October 28, 2019 and as to the Debtor by causing same to be sent via FEDERAL EXPRESS overnight delivery before the hour of 5:00 PM on October 28, 2019.

/s/ Peter C. Bastianen
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**14-11-24413**

NOTE: This law firm is a debt collector.

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on October 28, 2019 and as to the Debtor by causing same to be sent via FEDERAL EXPRESS overnight delivery before the hour of 5:00 PM on October 28, 2019.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Steven M Gilbert, Debtor(s), 3427 Madison Street, Bellwood, IL 60104
Anthony J. Kudron, Attorney for Debtor(s), 20 S. Clark St., Suite 2800, Chicago, IL 60603 by electronic notice through ECF

                                      /s/ Peter C. Bastianen
                                          Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**14-11-24413**

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

Steven M Gilbert

Case No.: 14-26046
Chapter: 13
Hearing Date: 10/31/19

Debtor(s) | Judge Donald R. Cassling

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## OR ALTERNATIVELY TO DISMISS

**NOW COMES** Wells Fargo Bank, N.A, (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay, or in the alternative for an order pursuant to 11 U.S.C. §1307(c)(6) dismissing this case, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 3427 West Madison Street, Bellwood, Illinois 60153 nka 3427 Madison Street, Bellwood, Illinois

3. On 07/15/14, Debtor filed this case;

4. On 09/03/14, Movant filed its proof of claim in the amount of $190,813.77;

5. On 11/18/14, Debtor filed an amended plan;

6. On 12/18/14, Debtor's amended plan was confirmed;

7. Section E.3.1(e) of the confirmed plan provided to cram down Movant's claim to a secured claim in the amount of $82,500.00, plus interest at 5.25%, to be paid to Movant by the Trustee;

8. Section G(9) of he confirmed plan also provided that the Debtor would continue to make escrow payments to Movant directly;

9. Movant is entitled to relief from the automatic stay under 11 U.S.C. §362(d) for cause, or alternatively for an order dismissing this case under 11 U.S.C. §1307(c)(6) for material default by the Debtor with respect to a term of the confirmed plan, because the Debtor has failed to make escrow payments to Movant as required by the confirmed plan, and Movant has made escrow advances to pay taxes and insurance listed below:

| Date of Payment | Disbursement Type | Amount |
|---|---|---|
| 05/29/14 | Hazard Insurance | $1,887.00 |
| 02/09/15 | Taxes | $2,596.83 |
| 05/28/15 | Hazard Insurance | $868.00 |
| 07/13/15 | Taxes | $1,495.75 |
| 11/13/15 | Hazard Insurance | $1,270.00 |
| 02/10/16 | Taxes | $2,550.92 |
| 07/12/16 | Taxes | $2,806.37 |
| 10/13/16 | Hazard Insurance | $1,235.00 |
| 02/07/17 | Taxes | $2,781.51 |
| 07/11/17 | Taxes | $2,598.86 |
| 10/13/17 | Hazard Insurance | $1,235.00 |
| 02/07/18 | Taxes | $2,959.20 |
| 04/05/18 | Hazard Insurance | $1,304.00 |
| 07/10/18 | Taxes | $3,273.29 |
| 02/11/19 | Taxes | $3,427.87 |
| 03/01/19 | Hazard Insurance | $1,465.00 |
| 07/10/19 | Taxes | $3,160.89 |
|  |  |  |
| 01/03/17 | Payment received | ($5,300.00) |
| 01/03/17 | Payment received | ($307.00) |
| 10/11/19 | Payment received | ($2,000.00) |
| **BALANCE DUE:** |  | **$29,308.49** |

10. This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

11. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust;

**WHEREFORE,** Wells Fargo Bank, N.A prays this Court enter an Order pursuant to 11 U.S.C. §362(d) modifying the automatic stay as to Movant, or alternatively enter an Order pursuant to 11 U.S.C. §1307(c)(6) dismissing this case, and for such other and further relief as this Court may deem just and proper.

Dated this October 28, 2019.

Respectfully Submitted,
Codilis & Associates, P.C.

By: /s/ Peter C. Bastianen

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A File 14-11-24413**

NOTE: This law firm is a debt collector.