Form G-4

Case 14-26046   Doc 128-3   Filed 10/28/19   Entered 10/28/19 10:49:04   Desc
Statement Accompanying Relief From Stay   Page 1 of 1

**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:   Debtor(s)   Steven M Gilbert                           Case No.  14-26046   Chapter  13

All Cases:   Moving Creditor   WELLS FARGO BANK, N.A               Date Case Filed  07/15/14

Nature of Relief Sought:   ■ Lift Stay   ☐ Annul Stay   ■ Other (describe)  Dismissal

Chapter 13:   Date of Confirmation Hearing _____   or Date Plan Confirmed  12/18/14

Chapter 7:   ☐ No-Asset Report Filed on _____
             ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date   $190,813.77
   Total of all other Liens against Collateral _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $82,500.00 secured claim per confirmed plan

5. Default
   a. ■ Pre-Petition Default as of petition date
      Number of months  39    Amount  $70,272.36

   b. Post-Petition Default
      i. ■ On direct payments to the moving creditor
         Number of months _____   Amount  $29,308.49

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid   Amount  $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ■ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ■ Other (describe)   Unpaid tax and insurance advances

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ■ No Statement of Intention Filed

Date:   October 28, 2019                                       /s/ Peter C. Bastianen
(Rev. 12/21/09)                                                Counsel for Movant