UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Steven M. Gilbert<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  14-26046<br><br>Chapter: 13<br>Honorable Donald R. Cassling<br>SELECT IF OUTLYING AREA |

### AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY

THIS CAUSE coming on to be heard on the motion for stay relief, or in the alternative, to dismiss, filed by WELLS FARGO BANK, N.A (hereinafter, "Creditor") with respect to the mortgage it holds or services against the property commonly known as 3427 W. Madison Street, Bellwood, Illinois, due notice having been given, the Court having jurisdiction over the parties and subject matter, and having been advised that the parties have reached an agreement:

IT IS HEREBY ORDERED:

1. The Debtor must repay post-petition escrow advances to Creditor in the amount of $26,553.49 pursuant to the following repayment schedule:

   a. $2,212.80 on or before February 29, 2020;
   b. $2,212.79 on or before March 31, 2020;
   c. $2,212.79 on or before April 30, 2020;
   d. $2,212.79 on or before May 31, 2020;
   e. $2,212.79 on or before June 30, 2020;
   f. $2,212.79 on or before July 31, 2020;
   g. $2,212.79 on or before August 31, 2020;
   h. $2,212.79 on or before September 30, 2020;
   i. $2,212.79 on or before October 31, 2020;
   j. $2,212.79 on or before November 30, 2020;
   k. $2,212.79 on or before December 31, 2020;
   l. $2,212.79 on or before January 31, 2021;

2. In addition, the Debtor must repay Creditor any additional escrow advances made by Creditor while the above repayment schedule is in effect;

3. Creditor must receive the payments listed in Paragraph #1 on or before the corresponding date. If Creditor fails to receive any one scheduled payment, the repayment schedule is void and if the Debtor fails to pay the full balance owed on the $26,553.49, plus any additional escrow advances made by Creditor, within fourteen (14) calendar days after mailing notification to the Debtor and his attorney, the stay shall be automatically terminated as to Creditor, its principals, agents, successors and/or assigns as to the property securing its interest, upon filing of notice of same with the Clerk of the Bankruptcy Court;

Form G5  (20170105_bko)

4. Upon dismissal, chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding, payments will be due pursuant to the terms of the original loan agreement and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against Debtors.

AGREED:    /s/ Anthony J. Kudron    /s/ Peter C. Bastianen
Attorney for Debtor    Attorney for Creditor

Enter:    *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: 21 JAN 2020

**Prepared by:**
Peter C. Bastianen ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. (14-11-24413)